NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HANS UDO HERTZER,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-216
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, Judge.

Luke Newman of Luke Newman,
P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and William Stone, Jr.,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.